## PIENTA *v.* INDIANA HARBOR BELT RAILROAD COMPANY.

[No. 13,718.   Filed October 2, 1929.]

*Dominic P. Sevald* and *Mariann K. Sevald,* for appellant.

NEAL, J.—Reversed, ·on authority of *Feldman* v. *Elmore* (1928), 88 Ind. App. 355, 163 N. E. 846.

## MERKELL *v.* DEXTER ET AL.

[No. 13,452.   Filed August 1, 1929.   Rehearing denied October 8, 1929.]

*William D. Hardy,* for appellant.
*A. E. Gore* and *Nat. H. Youngblood,* for appellees.

PER CURIAM.—Affirmed.

## RILEY *v.* RILEY.

[No. 13,474.   Filed October 10, 1929.]

*Harry E. Roberts,* for appellant.
*L. B. Simmons,* for appellee.

PER CURIAM.—Affirmed.